NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLARIS POWERLED TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2020-2328

---

Appeal from the United States District Court for the Central District of California in No. 8:18-cv-01571-JVS-DFM, Judge James V. Selna.

---

## JUDGMENT

---

RUSSELL TONKOVICH, Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP, Burlingame, CA, argued for plaintiff-appellant. Also represented by DAVID ALBERTI, MARC BELLOLI, AIDAN BREWSTER, ELIZABETH DAY, ROBERT KRAMER, ROBERT Y. XIE.

RICHARD W. ERWINE, Quinn Emanuel Urquhart & Sullivan, LLP, New York, NY, argued for defendant-appellee. Also represented by RAYMOND NIMROD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 31, 2021 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |